ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RESOURCES GROUP, LLC, AS TRUSTEE OF THE THOMPSON DRIVE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00272-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Resources Group, LLC as Trustee of the Thompson Drive Trust (**the Trust**) and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including **February 25, 2022**, to respond to the Trust's complaint.

The current deadline for Shellpoint to respond to the Trust's complaint is February 18, 2022. The complaint was filed on January 14, 2022, and served on January 21, 2022. Shellpoint removed this action to federal court on February 11, 2022.

Good cause exists to extend this deadline. Shellpoint's recently retained counsel is still investigating the facts and legal assertions raised in the Trust's complaint. Shellpoint requests

62123077;1

additional time to fully form its response to these allegations pursuant to its obligations under Federal Rule of Civil Procedure 8(b).

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of February, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Paige Magaster*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ R. Samuel Ehlers*_____<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>R. SAMUEL EHLERS, ESQ.<br>Nevada Bar No. 9313<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Resources Group, LLC as Trustee of the Thompson Drive Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00272

**DATED:** February 15, 2022

62123077;1