ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RESOURCES GROUP, LLC, AS TRUSTEE OF THE THOMPSON DRIVE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00272-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Resources Group, LLC as Trustee of the Thompson Drive Trust (**the Trust**) and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing agree that Shellpoint shall have an additional fourteen (14) days, up to and including **March 11, 2022**, to respond to the Trust's complaint.

The current deadline for Shellpoint to respond to the Trust's complaint is February 25, 2022. The complaint was filed on January 14, 2022 and served on January 21, 2022. Shellpoint removed this action to federal court on February 11, 2022. The court granted the parties' request to extend the initial response deadline of February 18, 2022, by seven days on February 15, 2022. ECF No. 11.

///

62358703;1

Good cause exists to extend this deadline. The foreclosure sale in this matter is currently set for March 2, 2022. The Trust has moved to enjoin foreclosure, and Shellpoint has opposed the motion. The Trust's reply in support is due February 28, 2022. The parties continue to discuss settlement and would like an opportunity to potentially settle this matter prior to the upcoming response deadline.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of February 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Paige Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Christopher L. Benner* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> R. SAMUEL EHLERS, ESQ. <br> Nevada Bar No. 9313 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Resources Group, LLC as Trustee of the Thompson Drive Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00272

**DATED:** February 28, 2022

62358703;1