ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RESOURCES GROUP, LLC, AS TRUSTEE OF THE THOMPSON DRIVE TRUST, | Case No.: 2:22-cv-00272-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | **(THIRD REQUEST)** |
| Defendants. | |

Plaintiff Resources Group, LLC as Trustee of the Thompson Drive Trust (**Resources Group**) and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing agree that Shellpoint shall have an additional fourteen (14) days, up to and including **March 25, 2022**, to respond to the complaint.

The current deadline for Shellpoint to respond to Resources Group's complaint is March 11, 2022.  The complaint was filed on January 14, 2022 and served on January 21, 2022.  Shellpoint removed this action to federal court on February 11, 2022.  The court granted the parties' request to extend the initial response deadline of February 18, 2022, by seven days on February 15, 2022.  ECF No. 11.  The court then granted the parties' request to extend the response deadline by an additional fourteen days on February 28, 2022.  ECF No. 18.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Good cause exists to extend this deadline. Counsel for Resources Group requires additional time to confirm Resources Group is the trustee of the Thompson Drive Trust. Further, it may be necessary for Resources Group to amend its complaint. Accordingly, the parties request an additional two-week extension of the deadline for Shellpoint to respond to the complaint to ensure this matter is brought by the appropriate plaintiff, and so that Resources Group may determine whether it should seek court approval to amend its complaint. This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Excusable neglect exists for the late submission of the stipulation and proposed order. The parties had agreed upon the language of the stipulation and attempted to file the stipulation prior to the expiration of the deadline for Shellpoint to respond to the complaint, but due to the CM/ECF outage of Friday, March 11, 2022, with CM/ECF being unavailable from approximately 10:00 a.m. through at least 8:00 p.m., the parties were unable to file timely. Undersigned counsel submitted as soon as possible, on Monday, March 14, 2022.

DATED this 11th day of March 2022.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| / s/ Paige Magaster | /s/ Christopher L. Benner |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | R. SAMUEL EHLERS, ESQ. |
| Nevada Bar No. 15557 | Nevada Bar No. 9313 |
| 1635 Village Center Circle, Suite 200 | 2810 W. Charleston Boulevard, Suite 75 |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89102 |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | *Attorneys for Resources Group, LLC as Trustee of the Thompson Drive Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00272

**DATED:** _____March 14, 2022_____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

62584668;1